810

No. 93–1796. HOLMBERG ET AL. v. CITY OF RAMSEY. C. A. 8th Cir. Certiorari denied. 

No. 93–1802. GUPTON v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–1803. MOORE ET AL. v. KENNISON. C. A. 8th Cir. Certiorari denied.

No. 93–1806. MEN-GUER CHRYSLER PLYMOUTH, INC. v. CHRYSLER CORP. C. A. 6th Cir. Certiorari denied. 

No. 93–1809. DANCE ET AL. v. AVIEL. C. A. 9th Cir. Certiorari denied. 

No. 93–1811. MARENO v. COUNTY OF WESTCHESTER. C. A. 2d Cir. Certiorari denied. 

No. 93–1817. MOCK v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 93–1820. SEJPAL ET AL. v. CORSON, MITCHELL, TOM-HAVE & McKINLEY, M. D. S., INC., ET AL. Super. Ct. Pa. Certiorari denied. 

No. 93–1821. MYERS, WARDEN, ET AL. v. JIMINEZ. C. A. 9th Cir. Certiorari denied. 

No. 93–1825. BLACK HILLS INSTITUTE OF GEOLOGICAL RESEARCH ET AL. v. DEPARTMENT OF JUSTICE. C. A. 8th Cir. Certiorari denied. 

No. 93–1827. LOKAY v. AMERICAN REAL ESTATE CORP. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 93–1829. KIRSH v. SCOTT, WARDEN. C. A. 2d Cir. Certiorari denied. 

No. 93–1830. SPENCER v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 93–1831. ADAMS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.